IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 08-cv-02126-CMA-BNB

BARBARA RIBAUDO,

    Plaintiff,

v.

ARS NATIONAL SERVICES, INC., a California corporation,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

The Court having reviewed Plaintiff's Notice of Dismissal With Prejudice (Doc. # 7) pursuant to F.R.Civ.P. 41(a)(1)(I) and being fully advised in the premises, it is hereby

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay her or its own attorney's fees and costs.

DATED:  November  17 , 2008

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge